IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:07mj64 |
| ) | |
| v. ) | ORDER TO LIFT SEAL |
| ) | |
| SHELDON BRENOWITZ ) | |
| ) | |
| Defendant. ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the complaint in the case numbered above; and

IT APPEARING to the Court that the reason for sealing the complaint no longer exists;

NOW, THEREFORE, IT IS ORDERED that the complaint in the above-numbered case be unsealed.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE